## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THOMAS E. MILLER and | ) | |
| LYNN MILLER, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **CIVIL NO.  03-657-GPM** |
| | ) | |
| ILLINOIS CENTRAL RAILROAD | ) | |
| COMPANY, d/b/a CANADIAN | ) | |
| NATIONAL/ILLINOIS CENTRAL | ) | |
| RAILROAD (CN/IC); NATIONAL | ) | |
| RAILROAD PASSENGER | ) | |
| CORPORATION; STS ACQUISITION | ) | |
| CO., d/b/a STS CONSULTANTS, LTD.; | ) | |
| CENTRAL STATES ENVIRONMENTAL | ) | |
| SERVICES, INC.; THOMAS E. RATHERT, | ) | |
| JOHN M. SOELL; and CARL G. DAY; | ) | |
| | ) | |
| **Defendants/Third-** | ) | |
| **Party Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| S&M BASEMENTS and GARY SMITH, | ) | |
| | ) | |
| **Third-Party** | ) | |
| **Defendants.** | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding,

and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated

March 1, 2006, Plaintiffs shall take nothing, and all claims, cross-claims, and third-party claims are

**DISMISSED on the merits**.

      **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants are awarded

their costs.

      **DATED**: 3/1/06

                         NORBERT G. JAWORSKI, CLERK

                         By:   s/ Linda M. Cook           
                                 Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                  G. PATRICK MURPHY
                  CHIEF U.S. DISTRICT JUDGE